## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) CRIMINAL NO. |
| | ) |
| v. | ) |
| | ) **VIOLATION:** |
| **MELANIE JAMES** | ) |
| | ) **Count 1: 18 U.S.C. § 1349** |
| Defendant. | ) **(Conspiracy to Commit Wire Fraud)** |
| | ) |
| | ) **18 U.S.C. § 981(a)(1)(C),** |
| | ) **28 U.S.C. § 2461(c)** |
| | ) **(Criminal Forfeiture)** |

## INFORMATION

The United States Attorney charges:

At all times material to this Information,

### INTRODUCTION

1. Defendant MELANIE JAMES ("JAMES") resided in Maryland.

2. CO-CONSPIRATOR ONE resided in Maryland.

3. The Department of Homeland Security – Cybersecurity and Infrastructure Security Agency ("DHS-CISA") was an agency of the United States government headquartered in Washington, D.C., with offices in Beltsville, Maryland, out of which JAMES and CO-CONSPIRATOR ONE worked until March 2020, when they transitioned to full-time remote work from their residences in Maryland up and until 2025.

4. Contractor #'s 1-5 were United States-based companies headquartered in and around the Washington, D.C.-metropolitan region and were in the business of contracting to provide services to the federal government, namely in the area of human resources.

5. JAMES worked for DHS-CISA and Contractors 1-5 from 2019 through 2024.

6. CO-CONSPIRATOR ONE worked for DHS-CISA, where CO-CONSPIRATOR ONE supervised JAMES. CO-CONSPIRATOR ONE also worked for Contractors 1-4 and often times overlapped for substantial periods with JAMES.

7. At all relevant time periods, DHS-CISA as well as Contractors 1-5 had electronic timekeeping systems in which their employers would certify the number of hours they worked per day and submit their timesheets, causing DHS-CISA and Contractors 1-5 to pay their employees/contractors for that particular pay period based on that submission of hours worked by each employee/contractor. With respect to Contractors 1-5, those companies would then invoice their federal clients for the hours their employees and contractors worked on the particular contract, causing the government to pay Contractors 1-5.

## COUNT ONE
### (Conspiracy to Commit Wire Fraud)

8. Paragraphs 1 through 7 are re-alleged and incorporated herein.

9. From in or about May 2021 through in or about July 2024, in the District of Columbia and elsewhere, the defendant,

**MELANIE JAMES**

and CO-CONSPIRATOR ONE agreed with one another to assist each other in finding and obtaining multiple, full-time contractor positions that each of them would work simultaneously with their full-time positions with Federal Agency #1. This scheme resulted in both CO-CONSPIRATOR ONE and JAMES billing the federal government – between their positions at DHS-CISA as well as the multiple contractor positions they were concurrently holding – for hours double-billed to multiple positions, that is, for hours not worked exclusively as submitted/claimed, including at times in excess of 24 hours worked per day.

### Purpose of the Conspiracy

10. It was the purpose of the conspiracy to enrich both JAMES and CO-CONSPIRATOR ONE by finding outside employment from which they could simultaneously obtain income in addition to their federal, General Schedule-based salaries each earned from DHS-CISA– that is, to obtain pay for hours double-billed to multiple positions, that is, for hours not worked exclusively as submitted/claimed. It was also the purpose of the conspiracy to keep their holding of multiple positions at DHS-CISA and different contractors secret and to prevent DHS-CISA and each of the contractors for which they worked from learning that they were working multiple jobs and earning multiple salaries at once.

### Manner and Means of the Conspiracy and Scheme to Defraud

11. The manner and means by which JAMES and CO-CONSPIRATOR ONE sought to accomplish the goal of the conspiracy included, among others, the following:

12. JAMES and CO-CONSPIRATOR ONE frequently referred each other to government contractors when they identified open positions which were suited to their skill sets – namely those related to human resources ("HR"). When applying for positions themselves, they would often use one another as references.

13. Once they were occupying multiple positions across DHS-CISA and the same set of government contractors, JAMES and CO-CONSPIRATOR ONE agreed to cover for one another when they had scheduling conflicts arise between their multiple positions, so as to ensure that each contractor and DHS-CISA would not suspect either of them of having multiple different contracting positions. For the same reason, after discussion with JAMES, CO-CONSPIRATOR ONE purchased and used "mouse jigglers," devices that plug into one's computer and simulate mouse movement and make it appear as though the user is actively on his or her computer, such

that CO-CONSPIRATOR ONE would appear to be active on her computer when co-workers at a contractor saw her name in an internal, instant messaging application.

14. JAMES and CO-CONSPIRATOR ONE each held at least one contracting position in addition to their service at DHS-CISA from 2019 through 2024.  At different points within this time period, JAMES and CO-CONSPIRATOR ONE would often times hold between three and five separate positions at once, drawing on a salary for each of them.

15. In these positions, JAMES and CO-CONSPIRATOR ONE would each submit false timesheets in connection with their employment at DHS-CISA as well as the different federal contractors with which they worked, certifying that they worked, for each position, between eight to ten hours per day.  Consequently, for different points during the time of the conspiracy, both JAMES and CO-CONSPIRATOR ONE were falsely representing that they were working certain of the same hours at multiple jobs (i.e., double-billing the same hours), that is, for hours not worked exclusively as submitted/claimed, including falsely representing that each of them (at times) was working in excess of 24 hours per day.

16. In May 2022, for example, JAMES was simultaneously working three full-time positions: at DHS-CISA, at Contractor #2 (to which CO-CONSPIRATOR ONE referred her and for which she and CO-CONSPIRATOR ONE worked), and at Contractor # 3 (for which they both worked as well).  In May 2022, JAMES submitted timesheets for each of the three positions showing she worked more than 24 hours combined for 16 days that month.

**(Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349)**

**NOTICE OF FORFEITURE**

The allegations contained in Count ONE of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461.

Upon conviction of the offense of conspiracy to commit wire fraud in violation of Title 18, United States Code, Section 1349, the defendant

### MELANIE JAMES

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation.

### Money Judgment

In the event of conviction, the United States may seek a money judgment.

### Substitute Assets

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

Respectfully submitted,

JEANINE FERRIS PIRRO

       United States Attorney

By: _____/s/_____
   WILL HART
   KONDI KLEINMAN
   Assistant United States Attorney
   D.C. Bar No. 1029325 (Hart)
   California Bar No. 241277 (Kleinman)
   Fraud, Public Corruption & Civil Rights Section
   United States Attorney's Office
   for the District of Columbia
   601 D St. NW
   Washington, D.C. 20530
   202-252-7877 (Hart)
   202-25206887 (Kleinman)
   William.Hart@usdoj.gov
   Kondi.Kleinman2@usdoj.gov